JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, No. 12 U 01484
at 110 North Grand Ave. Los Angeles.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GB INLAND PROPERTIES II, LLC, | ) | Case No. CV 12-04953 DDP (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF REMAND** |
| LUIS CASTRO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

THE COURT having ordered the moving party to show cause in writing, not later than July 6, 2012, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 24, 2012

DEAN D. PREGERSON
United States District Judge